OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. Defendant was convicted of manslaughter in the first degree, criminally negligent homicide, and criminal possession of a weapon in the third degree, and sentenced to concurrent terms of 8 to 16 years, 2 to 4 years and 31/2 to 7 years.
 

 Although defendant initially argued that he had been deprived of his right to be present at a material stage of trial, defendant now concedes that the Appellate Division correctly found that he had not been erroneously excluded from sidebar conferences during questioning of potential jurors. Defendant’s remaining claim of error is unpreserved.
 

 Chief Judge Kaye and Judges Simons, Titone, Bellacosa, Smith, Levine and Ciparick concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.